UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

**FILED**
MAY 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your petition has been filed as civil case number CV 08 2489 RMW

✓ A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. \_\_\_\_ you did not file an <u>In Forma Pauperis</u> Application.

2. ✓ the <u>In Forma Pauperis</u> ~~Application~~ DECLARATION you submitted is insufficient because:

    ✓ You did not use the correct form. You must submit this court's current Prisoner's <u>In Forma Pauperis</u> Application.

    \_\_\_\_ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

    \_\_\_\_ You did not sign your <u>In Forma Pauperis</u> Application.

    ✓ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    ✓ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    \_\_\_\_ Other _____

Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's <u>In Forma Pauperis</u> Application will allow the court to determine whether prepayment of the filing fee should be waived.

                                              Sincerely,
                                              RICHARD W. WIEKING, Clerk,

                                              By _____
                                                          Deputy Clerk

rev. 11/07

Lopez