RECEIVED
MAY 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RUBEN LOPEZ            PLAINTIFF

vs                                         CV. 08 #

EDMUND G. BROWN, JR.,              CASE. NO 2489

            DEFENDANT                RMW

                                     (PR)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TO THE CLEARK OF THIS COURT

IS INCLOSED A CHECK PAID IN THE

AMMOUNT OF $5.00 DOLLARS FOR COURT

FILING FEE'S FOR CASE # 2489

                    Ruben Lopez  5-20-08

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 34611019575
Cashier ID: almazeh
Transaction Date: 05/28/2008
Payer Name: ELIZABETH L CABRERA

WRIT OF HABEAS CORPUS
 For: RUBEN LOPEZ
 Case/Party: D-CAN-5-08-CV-002489-001
 Amount:       $5.00

CHECK
 Check/Money Order Num: 1759
 Amt Tendered: $5.00

Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

RMW

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

RUBEN LOPEZ # T-72201
NCSP.      BL-114L
P.O. BOX 409040
IONE CA 95640

SAN JOSE CA 951

OFFICE OF THE CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102