E-filing

FILED
08 JUN 18 PM 12: 46
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RUBEN LOPEZ

Plaintiff,

vs.

EDMUND G. BROWN, JR.

Defendant.

CASE NO. _____

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

RMW

(PR)

I, RUBEN LOPEZ, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____

5  _____

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.    Business, Profession or              Yes ___ No ✓
10         self employment
11     b.    Income from stocks, bonds,           Yes ___ No ✓
12         or royalties?
13     c.    Rent payments?                       Yes ___ No ✓
14     d.    Pensions, annuities, or              Yes ___ No ✓
15         life insurance payments?
16     e.    Federal or State welfare payments,   Yes ___ No ✓
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.

21 _____

22 _____

23 3.    Are you married?                             Yes ___ No ✓

24 Spouse's Full Name: _____

25 Spouse's Place of Employment: _____

26 Spouse's Monthly Salary, Wages or Income:

27 Gross $_____ Net $_____

28 4.    a.    List amount you contribute to your spouse's support: $_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

      b.      List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.     Do you own or are you buying a home?    Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.     Do you own an automobile?    Yes ____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.     Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No ____ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No ____

_____

8.     What are your monthly expenses?

Rent: $ ____~~Ø~~____   Utilities: ____~~Ø~~____

Food: $ ____~~Ø~~____   Clothing: ____~~Ø~~____

Charge Accounts: ~~Ø~~

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NO

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5/19/08
DATE                                  SIGNATURE OF APPLICANT

Case Number: CV-08-2489 RMW(PR)

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **RUBEN LOPEZ** for the last six months
[prisoner name]
**MULE CREEK STATE PRISON** where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **13.13** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **23.03**.

Dated: 5/22/08

_L. Sunoco_  Acct. Clerk
[Authorized officer of the institution]

REPORT ID: TS3030 .701

CALIFORNIA DEPARTMENT OF CORRECTIONS
MULE CREEK STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 01, 2007 THRU MAY 23, 2008

ACCOUNT NUMBER : T72201                   BED/CELL NUMBER: B 060000000114L
ACCOUNT NAME   : LOPEZ, RUBEN             ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/01/2007 | | BEGINNING BALANCE | | | | | 59.45 |
| 12/04 | DD30 | CASH DEPOSIT | MLLST 2034 | | 9.00 | | 68.45 |
| 12/10 | FC02 | DRAW-FAC 2 | B/1ST 2162 | | | 68.00 | 0.45 |
| 12/27 | DD31 | CHECK DEPOSIT | MLLST 2349 | | 45.00 | | 45.45 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/08 | FR01 | CANTEEN RETUR | 702462 | | 0.10- | | 45.55 |
| 02/08 | FC02 | DRAW-FAC 2 | B/1ST 2900 | | | 45.00 | 0.55 |
| 04/09 | DD31 | CHECK DEPOSIT | MLLST 3665 | | 11.25 | | 11.80 |
| 05/01 | W536 | COPAY CHARGE | COPAY 4002 | | | 5.00 | 6.80 |
| 05/06 | DD30 | CASH DEPOSIT | MLLST 4054 | | 11.25 | | 18.05 |
| 05/06* | DD30 | CASH DEPOSIT | MLLST 4054 | | 2.25 | | 20.30 |
| 05/07 | FC02 | DRAW-FAC 2 | B/1ST 4103 | | | 20.00 | 0.30 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 05/21/2008 | H114 | COPAY FEE, MED. | COPAY 4318 | 5.00 |

* RESTITUTION ACCOUNT ACTIVITY

| DATE | TRANS. | DESCRIPTION | CASE NUMBER: *CC578232 | | |
|---|---|---|---|---|---|
| | | | FINE AMOUNT: $ 455.00 | | |
| | | | TRANS. AMT. | | BALANCE |
| 12/01/2007 | | BEGINNING BALANCE | | | 382.5 |
| 12/04/07 | DR30 | REST DED-CASH DEPOSIT | 10.00- | | 372.5 |
| 12/27/07 | DR31 | REST DED-CHECK DEPOSIT | 50.00- | | 322.5 |

DATE SENTENCED: 12/23/05
COUNTY CODE: *SCL

REPORT DATE:
PAGE NO:

```
REPORT ID: TS3030  .701                                                                REPORT DATE: 05/23/08
                                                                                       PAGE NO:      2
                                      MULE CREEK STATE PRISON
                                   INMATE TRUST ACCOUNT STATEMENT

                         FOR THE PERIOD: DEC. 01, 2007 THRU MAY 23, 2008

ACCT: T72201              ACCT NAME: LOPEZ, RUBEN                          ACCT TYPE: I

                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/23/05                              CASE NUMBER: *CC578232
COUNTY CODE: *SCL                                     FINE AMOUNT: $    455.00

DATE       TRANS.   DESCRIPTION                                 TRANS. AMT.      BALANCE
----       ------   -----------                                 -----------      -------
04/09/08   DR31     REST DED-CHECK DEPOSIT                         12.50-         310.00
05/06/08   DR30     REST DED-CASH DEPOSIT                          12.50-         297.50
05/06/08   DR30     REST DED-CASH DEPOSIT                           2.50-         295.00


* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT    *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.          *


                              TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL          TOTAL          CURRENT       HOLDS         TRANSACTIONS
BALANCE        DEPOSITS       WITHDRAWALS    BALANCE       BALANCE       TO BE POSTED
---------      --------       -----------    -------       -------       ------------
  59.45          78.75          137.90         0.30          5.00            0.00

                                                            CURRENT
                                                            AVAILABLE
                                                            BALANCE
                                                            ---------
                                                              4.70
```



RUBEN LOPEZ # T-72201
MCSP                    B6-114L
PO BOX 409040
IONG, CA. 95640

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES