***E-FILED - 10/15/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUBEN LOPEZ, | ) | No. C 08-2489 RMW (PR) |
|        Petitioner, | ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME; ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS |
|  vs. | ) | |
| EDMUND G. BROWN, | ) | |
|        Respondent. | ) | (Docket Nos. 4, 6) |

     Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent has filed an ex parte application for enlargement of time to file an answer to the court's order to show cause. Good cause appearing, respondent's motion for extension of time is GRANTED. Respondent shall file and serve an answer to the court's order to show cause on or before October 31, 2008. If petitioner wishes to file a traverse, he may do so within thirty days of the date the answer is filed.

     Petitioner also filed an application for leave to proceed in forma pauperis. Because the court has already received the $5.00 filing fee from petitioner, his application to proceed in forma pauperis is DENIED as moot.

     This order terminates docket numbers 4 and 6.

///

Order Granting Motion for Extension of Time; Order Denying Motion for Leave to Proceed in Forma Pauperis
P:\PRO-SE\SJ.Rmw\HC.08\Lopez489eot.wpd      1

IT IS SO ORDERED.

Dated: 10/10/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge
---

IT IS SO ORDERED.

Dated: 10/10/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge