*E-FILED - 6/3/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUBEN LOPEZ, | ) | No. C 08-2489 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| EDMUND G. BROWN, | ) | |
| Respondent. | ) | |

An order of judgment is hereby entered DISMISSING this action without prejudice for failure to prosecute and to comply with the court's order.

IT IS SO ORDERED.

DATED: 6/3/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.08\Lopez489jud.wpd         1