*E-FILED - 3/23/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUBEN LOPEZ,**<br><br>                              Petitioner,<br><br>       v.<br><br>**EDMUND G. BROWN,**<br><br>                              Respondent. | Case No. C 08-2489 RMW (PR)<br><br>**[] ORDER** |

   FOR GOOD CAUSE SHOWN, the time for the serving and filing of respondent's responsive pleading in this case is extended to and including April 8, 2010. Petitioner shall file with the Court and serve on respondent an opposition or statement of non-opposition within 30 days of the date the pleading is filed.

Dated:  3/23/10

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge