*E-FILED - 3/23/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNY A. MEARIS, | ) | No. C 10-5942 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| V. CULLEN, Warden, | ) | |
| Respondent. | ) | |

An order of judgment is hereby entered DISMISSING this action for lack of jurisdiction and failure to state a claim. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/22/11

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.10\Mearis 942jud.wpd